IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) OMAR MARRERO-CRUZ<br>(Counts 1, 2, 3, 4, 5, 6, 7 and 8)<br>**2) CARLOS OLIVERAS-GONZÁLEZ**<br>(Counts 1, 2, 3, 4, 5, 6, 7 and 8)<br>3) SAMUEL BRISTOL-MARTIR<br>(Counts 1, 6, 7, 8, 9, 10)<br>4) ALVIN FLORES-BOSQUEZ<br>(Counts 1, 6, 7, and 8)<br>5) FRANCISCO SANTIAGO-ALBINO<br>(Counts 1, 9 and 10)<br>6) JAMILL AGUILA-BARRIOS<br>(Counts 1, 2, 3, 4, 5, 6, 7 and 8)<br>Defendants | CRIMINAL 05-0235CCC |

**ORDER**

Having considered the Report and Recommendation filed on May 8, 2012 (**docket entry 622**) on a Rule 11 proceeding of defendant Carlos Oliveras-González (2) held before U.S. Magistrate Judge Bruce J. McGiverin on May 8, 2012, to which no objection has been filed (see docket entry 623 at ¶ 2), the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

An updated Presentence Report shall be filed by JUNE 15, 2012. The **sentencing hearing is set for June 27, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on May 9, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge